UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FELTON L. MATTHEWS, JR., | ) | |
| Petitioner, | ) | 2:12-cv-01286-PMP-GWF |
| vs. | ) | **ORDER** |
| DWIGHT NEVEN, *et al.*, | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. The response to the petition is due on November 9, 2012. Respondents seek an extension of time to respond to petitioner's motion to expand the record at the same time they respond to the petition. Good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time (ECF No. 10) is **GRANTED**. The response to petitioner's motion to expand the record (ECF No. 9) shall be filed along with the response to the petition, on or before **November 9, 2012**.

Dated this 5th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE